No. 68–5007. ANDERSON ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 68–5020. SMITH *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 68–5021. REEVES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 68–5025. MASSIE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 68–5026. VARNUM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 68–5029. ROBINSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 69–5002. TOLBERT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 69–5009. HILL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 69–5012. PIKE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 69–5019. MILLER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.

No. 69–5020. COOGLER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Aikens* v. *California, ante,* p. 813.